JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Zarian, et al.,<br><br>      Plaintiff,<br><br>    v.<br><br>PPII, LLC, et al.,<br><br>      Defendant(s). | SACV 17-01371 JVS (JDEx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:  February 8, 2018

                                                             James V. Selna
                                                 United States District Judge